```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                BEFORE THE HONORABLE KENDALL J. NEWMAN
```

MONTE L. LOW,                           No. 2:10-cv-01624 JAM KJN PS

      Plaintiff,

  v.                                    **<u>MINUTE ORDER</u>**

CITY OF SACRAMENTO,

      Defendant.
_____/

In light of defendants' motion to dismiss [Docket #18] that is under submission with the Court, plaintiff's motion for summary judgment [Docket #26] is DENIED without prejudice. Plaintiff may re-file the motion for summary judgment or re-notice the motion for summary judgment for a hearing after the Court has resolved the defendants' motion to dismiss.

Dated: January 25, 2011              <u>/s/ Matt Caspar</u>
                                     Matt Caspar,
                                     Courtroom Deputy, for the
                                     Honorable Kendall J. Newman